United States District Court
District of New Hampshire

Chambers of
JOSEPH A. DiCLERICO, JR.
District Judge

55 Pleasant Street, Room 400
Concord, New Hampshire 03301-3938
603-226-7746

June 24, 2008

**CONFIDENTIAL**

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.   20544

Re:   Amendment to 2007 Financial Disclosure Report

Dear Judge Smith:

The following amendments are made to my 2007 Financial
Disclosure Report:

1.   In Part VII, Page 1, Line 16, insert the
following in Column A as the second line in said
listing:   "American Funds:"

2.   In Part VII, Page 2, Line 17, replace "# 1"
with "# 2".

3. In Part VII, Page 2, Line 17, insert the
following in Column A as the second line:
"American Funds:".

4.   In Part VII, Page 2, Line 24, insert the
following in Column B (2):   "None"; insert the
following in Column C (1):   "J"; insert the
following in Column C (2):   "T".

5.   In Part VII, Page 2, Line 25, insert the
following in Column B (2):   "None"; insert the
following in Column C (1):   "J"; insert the
following in Column C (2):   "T".

6.   In Part VII, Page 2, Line 26, insert the
following in Column B (2):   "None"; insert the
following in Column C (1):   "J"; insert the
following in Column C (2):   "T".

7. In Part VII, Page 3, Line 28, insert the following in Column C (1): "M"; and insert the following in Column C (2): "T".

8. In Part VII, Page 3, Line 36, insert the following in Column A as the first line: "American Funds:".

9. In Part VII, Page 3, Line 37, insert the following in Column A as the first line: "American Funds:".

10. In Part VII, Page 4, Line 40, insert the following in Column A as the first line: "American Funds:".

11. In Part V, Gifts, under Value add "1,500 yr. (est.)".

12. In Part VIII, ADDITIONAL INFORMATION OR EXPLANATIONS, add the following:

Part V - GIFTS



Estimated value based on appraisal done in 1992 by a realtor.

I believe these amendments address the issues raised in your letter of June 9, 2008, and I have made several additional amendments.

Very truly yours,

Joseph A. DiClerico, Jr.
District Judge

| AO-10 (WP) Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) DiClerico, Joseph A. | 2. Court or Organization United States District Court District of New Hampshire | 3. Date of Report 4/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Senior Status | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ____ Final | 6. Reporting Period 1/1/2007-12/31/2007 |
| | 5b. ___ Amended Report | |
| 7. Chambers or Office Address 55 Pleasant Street, Room 400 Concord, NH 03301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☒ **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒ **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☒ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

☐ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ██████████████████ |
| 2. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[ ] **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ███████ | Use of Boathouse | $ J |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

[X] **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000 001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Joseph A. DiClerico, Jr. | 4/30/2008 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Sh. Com. AT&T | A | Div. | J | T | | | | | |
| 2 Sh. Com. Alacatel Lucent | A | Div. | J | T | | | | | |
| 3 Sh. Com. Avaya,Inc. | | None | | | Cash Merger (sale) | 10/26 | J | A | |
| 4 Sh. Com. Bristol-Meyers Squibb | C | Div. | L | T | | | | | |
| 5 Sh. Com. Coca-Cola Co. | B | Div. | L | T | | | | | |
| 6 Sh. Com. Comcast | | None | J | T | | | | | |
| 7 Sh. Com Community Bancorp | C | Div. | L | T | | | | | |
| 8 Sh. Com. Exxon Mobil | A | Div. | J | T | | | | | |
| 9 Sh. Com. General Electric | D | Div. | N | T | | | | | |
| 10 Sh. Com. NH Thrift Banksahres | A | Div. | J | T | | | | | |
| 11 ████ Money Market Trust | B | Div. | M | T | | | | | |
| 12 ████ Bank Deposit Sweep Option (Y) | | | | | | | | | |
| 13 Sh. Com. Zimmer Holdings | | None | K | T | | | | | |
| 14 Sh. Com. The Phoenix Companies, Inc. | A | Div. | J | T | | | | | |
| 15 Phoenix Mutual Life Ins. Co. - Life Insurance | A | Div. | K | T | | | | | |
| 16 IRA Brokerage Account #1 - American Balanced Fund Class C | A | Div. & Cap Gains | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 IRA Brokerage Account #1 - American Balanced Fund Class C - Capital Income Builder Fund | D | Div. & Cap Gain | M | T | | | | | |
| **LIST B** | | | | | | | | | |
| 18 NH St. Cap. App. Zero Coup. Bnd. Col. Svgs. Program 8/1/07 | | None | | | Redeem | 8/1 | J | A | |
| 19 NH Gen Obl. Zero Coup. Bnd. Col. Svgs. Program (2) 8/1/09, 8/1/09 | | None | K | T | | | | | |
| 20 Souhegan NH Coop School Dist. Cap. Apprec. Zero Coup. Bnd 10/15/07 | | None | | | Redeem | 10/15 | J | C | |
| 21 NH St. Cap. App. Col. Svgs. Zero Coup. Bnd. 9/1/11 (duplicate entry on line 25 of 2006 report) | | None | J | T | | | | | |
| 22 NH St. Col. Svgs. Zero Coup. Bnd 8/1/10 | | None | J | T | | | | | |
| 23 ████ Bank Accounts | A | Int. | K | T | | | | | |
| 24 NH St. Col. Svgs. Zero Coup. Bnd 7/1/10 | | | | | Buy | 8/7 | J | | |
| 25 Puerto Rico Pub. Impt. G.O. Zero Coup. Bnd. 7/1/11 | | | | | Buy | 11/28 | J | | |
| 26 NH St. Col. Svgs. Zero Coup. Bnd 7/15/11 | | | | | Buy | 11/29 11/26 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Joseph A. DiClerico, Jr. | 4/30/2008 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| **List C** | | | | | | | | | |
| 27 ▮▮▮▮ Bank Accounts | A | Int. | K | T | | | | | |
| 28 Real Estate, ▮▮▮▮ NH 2007 Assessed value: $90,600. Assessed value is 89.5% of fair market value for 2007, which is $101,229. | | None | | | | | | | |
| 29 **TRUST I** | F | Int., Div., & Cap. Gains | P1 | T | | | | | |
| 30 - Sh. Com. Bristol-Myers Squibb | | | | | sell | 1/31 | K | D | |
| 31 - Sh. Com. Exxon Mobil Corp. | | | | | sell | 1/31 | M | F | |
| 32 - Sh. Com. General Electric | | | | | sell | 1/31 | M | G | |
| 33 - Sh. Com IBM | | | | | sell | 1/31 | M | G | |
| 34 - ▮▮▮▮ Money Market Trust | | | | | | | | | |
| 35 - Manchester NH G.O. Pub. Impvmt. Bnd. 7/1/15 | | | | | | | | | |
| 36 - Capital Income Builder Fund - A | | | | | | | | | |
| 37 - Income Fund of America Inc. - A | | | | | Buy | 1/31 | M | | |
| 38 - ▮▮▮▮ | | | | | Redeemed | 11/27 | L | C | |
| 39 - ▮▮▮▮ Bank Account | | | | | Buy | 11/28 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Joseph A. DiClerico, Jr. | 4/30/2008 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 40 - American Balanced Fund Inc. - A | | | | | Buy | 1/31 | M | | |
| 41 ███Bank Account | | | | | Buy | 10/30 | L | | |
| 42 -██████████ Account | | | | | Buy | 10/30 | L | | |
| 43 **TRUST II** | E | Int., Div. & Cap. Ret. | N | T | | | | | |
| 44 -████Money Market Trust/Cash | | | | | | | | | |
| 45 - Insured Muni Income Tr. #163 | | | | | Distribution of Principal | 12/26 | J | | |
| 46 - NH Municipal Bnd. Bk 8/15/19 | | | | | | | | | |
| 47 -████Mutual Bank Account | | | | | Redeemed | 8/23 | L | C | |
| 48 -████Bank Account | | | | | Redeemed | 4/12 | L | C | |
| 49 -███Bank Account | | | | | Redeemed | 4/27 | L | C | |
| 50 -██████NA Account | | | | | Redeemed | 7/26 | L | C | |
| 51 ████Bank Account | | | | | Redeemed | 7/26 | L | C | |
| 52 -█████Bank Account | | | | | Buy | 5/04 | L | | |
| 53 -███Bank Account | | | | | Buy | 8/01 | L | | |
| 54 -███Bank Account | | | | | Buy | 10/30 | L | | |
| 55 -████Bank Account | | | | | Buy | 8/01 | L | | |
| 56 -██████Bank Account | | | | | Buy | 4/18 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 57 **TRUST III** | E | Int., Div., Cap. Gains, and & Rent | P1 | T&Q | | | | | |
| 58 - Sh. Com. Archer Daniels | | | | | | | | | |
| 59 - Sh. Com. CSX | | | | | | | | | |
| 60 - Sh. Com. Exxon Mobil | | | | | | | | | |
| 61 - Sh. Com. FPL Group | | | | | | | | | |
| 62 - Sh. Com. General Electric | | | | | | | | | |
| 63 - Sh. Com. Rockwell Automation | | | | | | | | | |
| 64 - Sh. Com. AT&T | | | | | | | | | |
| 65 - Sh. Com. Tri-Continental | | | | | | | | | |
| 66 - Sh. Com. Verizon | | | | | | | | | |
| 67 - Sh. Com. American Electric Power Co. | | | | | | | | | |
| 68 - ▇▇▇ Bank Account | | | | | | | | | |
| 69 - Rental Property - ▇▇▇ ▇▇ NC | | | | | | | | | |
| 70 - Sh. Com. Rockwell Collins, Inc. | | | | | | | | | |
| 71 ▇▇▇ Money Market Trust | | | | | Redeemed | 8/16 | J | A | |
| 72 - Portsmouth NH Gen. Obl. Bnds. 9/15/20 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 73  - Sh. Com.<br>Comcast Corp. New Class A | | | | | | | | | |
| 74  - Sh. Com.<br>Idearc Inc. | | | | | | | | | |
| 75  ▮▮▮▮ Gov't Trust | | | | | Buy | 8/16 | J | | |
| 76  **TRUST IV** | C | Div. | L | T | | | | | |
| 77  ▮▮▮▮ Bank Account | | | | | | | | | |
| 78  ▮▮▮▮ Money Market Trust | | | | | Redeemed | 8/16 | L | A | |
| 79  ▮▮▮▮ Gov't Trust | | | | | Buy | 8/16 | L | | |
| 80  **TRUST V** | G | Int. & Div. | P2 | T | | | | | |
| 81  - Sh. Com.<br>Exxon Mobil Corp. | | | | | | | | | |
| 82  - Sh. Com.<br>General Electric | | | | | | | | | |
| 83  ▮▮▮▮ Money Market Trust | | | | | Partial Redemption | 8/3 | P1 | F | |
| | | | | | Redeemed | 8/16 | P1 | G | |
| 84  ▮▮▮▮ Bank Account | | | | | | | | | |
| 85  ▮▮▮▮ Bank Account | | | | | Closed | 6/1 | J | A | |
| 86  ▮▮▮▮ Gov't Trust | | | | | Buy | 8/16 | P1 | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Joseph A. DiClerico, Jr. | 4/30/2008 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 87 **TRUST VI** | D | Int. & Div. | M | T | | | | | |
| 88 - Sh. Com. AGL Resources | | | | | | | | | |
| 89 - AT&T (formerly Bell South) | | | | | | | | | |
| 90 - Sh. Com. Bristol Myers Squibb | | | | | | | | | |
| 91 - Sh. Com. Exxon | | | | | | | | | |
| 92 - Sh. Com. Idearc | | | | | | | | | |
| 93 - Sh. Com. JP Morgan & Chase | | | | | | | | | |
| 94 - Sh. Com. Verizon | | | | | | | | | |
| 95 - NH Mun. Bnd. Bk 1/15/08 | | | | | | | | | |
| 96 - Portsmouth NH Zero Coup. Bnd. 9/15/20 | | | | | | | | | |
| 97 ████ Money Market Trust | | | | | | | | | |
| 98 **TRUST VII** | C | Int. & Div. | L | T | | | | | |
| 99 - Sh. Com. Bank ████ (7-1 Bank ████ merged ████ | | | | | | | | | |
| 100 - Sh. Com. Dupont E.I. Demour | | | | | | | | | |
| 101 - Sh. Com. Idearc Inc. | | | | | | | | | |
| 102 - Sh. Com. Verizon | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 103 - Portsmouth NH Zero Coup. Bnd. 8/15/20 | | | | | | | | | |
| 104 - ███████ Money Market Trust | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Joseph A. DiClerico, Jr. | Date of Report<br><br>4-30-08 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544